# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                   Chapter 13

                                                   Bankruptcy No. 19-15848-MDC

NANCY ANN JENZANO

901 STARGAZERS ROAD

COATESVILLE, PA 19320-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
NANCY ANN JENZANO

901 STARGAZERS ROAD

COATESVILLE, PA 19320-

**Counsel for debtor(s), by electronic notice only.**
JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

/s/ William C. Miller

Date: 12/9/2019

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee