# UNITED STATES BANKRUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Nancy Ann Jenzano | Chapter 13
Debtor(s) | BK No. 19-15848-mdc

### AMENDED NOTICE OF APPLICATION AND RESPONSE DEADLINE

Joseph L. Quinn, Esquire, Counsel for Debtor(s), has filed an Application for Compensation.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to grant the relief sought in the application or if you want the court to consider your views on the application, then on or before January 7, 2020 you or your attorney must do ALL of the following:

    (a). file an answer explaining your position at

    **United States Bankruptcy Court**
    **Eastern District of Pennsylvania**
    **Robert N.C. Nix, Sr. Federal Courthouse**
    **900 Market Street, Suite 400**
    **Philadelphia, PA 19107**

    (b) If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and mail a copy to movant:

    Joseph Quinn, Esquire
    Ross, Quinn & Ploppert, P.C.
    192 S. Hanover Street, Suite 101
    Pottstown, PA  19464

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above the court may enter an order granting the relief in the application.

3. If you require a copy of the application, a copy will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

Respectfully Submitted,

**Ross, Quinn & Ploppert, P.C.**

By: */s/ Joseph L. Quinn*
    Joseph L. Quinn, Esquire
    Attorney for Debtor
    Attorney I.D. No. 307467
    192 S. Hanover Street, Suite 101
    Pottstown, PA 19464
    Ph: (610) 323-5300
    JQuinn@rqplaw.com

Dated: December 17, 2019