**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In re:  Nancy Ann Jenzano | | Chapter 13 |
|---|---|---|
| Debtor(s) | | BK No. 19-15848-mdc |

**CERTIFICATE OF SERVICE**

I, Joseph L. Quinn, Esquire, attorney for Debtor(s), hereby certify that, on December 17, 2019, a true and correct copy of the Amended Notice of Application and Response Deadline, electronically filed with this Honorable Court on December 17, 2019, was served upon the following persons:

*Via Electronic Filing:*

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com
philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via First Class Mail:*

Nancy Ann Jenzano
901 Stargazers Road
Coatesville, PA 19320

Respectfully Submitted,

**Ross, Quinn & Ploppert, P.C.**

By: */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
Attorney for Debtor
Attorney I.D. No. 307467
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: December 17, 2019