# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-15848-MDC

NANCY ANN JENZANO

901 STARGAZERS ROAD

COATESVILLE, PA 19320-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

NANCY ANN JENZANO

901 STARGAZERS ROAD

COATESVILLE, PA 19320-

Counsel for debtor(s), by electronic notice only.

JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-

Date: 9/28/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee