United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Nancy Ann Jenzano  
    Debtor(s)

Case No. 19-15848-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 1  
Date Rcvd: Nov 02, 2020     Form ID: 167     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nancy Ann Jenzano, 901 Stargazers Road, Coatesville, PA 19320-4839 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Nancy Ann Jenzano CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Nancy Ann Jenzano
    Debtor(s)

Case No: 19−15848−mdc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RESCHEDULED **
Motion to Dismiss Case for Failure to Make Plan Payments Filed
by WILLIAM C. MILLER, Esq

on: 11/19/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/2/20

Timothy B. McGrath
Clerk of Court

39 − 34
Form 167