United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-15848-mdc

Nancy Ann Jenzano     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Adminstra    Page 1 of 2
Date Rcvd: Nov 19, 2020    Form ID: pdf900    Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy Ann Jenzano, 901 Stargazers Road, Coatesville, PA 19320-4839 |
| 14391137 | + | Deborah Cipressi, 4106 Virginia Court, Marcus Hook, PA 19061-2444 |
| 14391140 | + | Loretta Pinnock, 1110 East 8th Street, Crum Lynne, PA 19022-1442 |
| 14391141 | + | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 14391143 | + | M&T Bank, c/o Rebecca Solarz, Esq, KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14399639 | + | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14440717 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14391145 | | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 20 2020 04:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2020 04:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 20 2020 04:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14391136 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 20 2020 04:01:27 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14391138 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 20 2020 03:58:12 | Jpmcb Card, Po Box 15298, Wilmington, DE 19850 |
| 14391139 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 20 2020 03:58:12 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14448408 | | Email/Text: camanagement@mtb.com | Nov 20 2020 04:07:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14391142 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 20 2020 04:07:00 | PECO, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14391144 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 20 2020 04:07:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JOSEPH L QUINN | on behalf of Debtor Nancy Ann Jenzano CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com   philaecf@gmail.com |

TOTAL: 4

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> NANCY ANN JENZANO | Chapter 13 |
| Debtor | Bankruptcy No. 19-15848-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

November 19, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-

Debtor:
NANCY ANN JENZANO

901 STARGAZERS ROAD

COATESVILLE, PA 19320-